# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

**AARON ZINCK**, on behalf of himself and on behalf of all others similarly situated,

    Plaintiff,

v.

**INTEGRIS HEALTH, INC.**,

    Defendant.

Case No. 5:23-cv-01208-D

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff dismisses the above-captioned matter **without prejudice**. No answer or motion for summary judgment has been filed in this matter. Plaintiff will continue to remain a potential class member.

Dated: February 29, 2024

Respectfully submitted,

*/s/ William B. Federman*
William B. Federman, OBA # 2853
Kennedy M. Brian, OBA # 34617
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, OK 73120
T: (405) 235-1560
F: (405) 239-2112
E:wbf@federmanlaw.com
E: kpb@federmanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ William B. Federman*
William B. Federman